

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO. 6:08-CV-1027-ORL-31-RR

QUINNOVA PHARMACEUTICALS,INC.,
A DELAWARE CORPORATION,

        Plaintiff,

    v.

QUONOVA, LLC,
A DELAWARE LIMITED LIABILITY CO.

and

XL TECHGROUP, INC.,
A DELAWARE CORPORATION,

        Defendants.

**CONSENT JUDGMENT AND
PERMANENT INJUNCTION**

## CONSENT JUDGMENT AND PERMANENT INJUNCTION

WHEREAS, Plaintiff, Quinnova Pharmaceuticals, Inc. ("Quinnova") owns the marks "QUINNOVA" and "QUINNOVA PHARMACEUTICALS, among others"; and

WHEREAS, Quinnova, its predecessors and their affiliated or related entities, licensors and/or sponsors have long used and are using various trademarks and service marks that consist of or incorporate the word "QUINNOVA," alone or with other words, letter or design elements, on or in connection with pharmaceutical products and a wide variety of goods and services

associated with and used to promote and identify Quinnova and its affiliates and may adopt additional marks in the future that comprise or contain the word "QUINNOVA"; and

WHEREAS, Quinnova owns U.S. Federal Registration Number 3386466 ("QUINNOVA PHARMACEUTICALS"); U.S. Federal Application Number 77404068 ("QUINNOVA"), among other applications and registrations (the Quinnova Marks); and

WHEREAS, through substantial and continuous use of the QUINNOVA Marks, the QUINNOVA Marks have become associated by the trade and public with Quinnova and have developed considerable goodwill associated with Quinnova; and

WHEREAS, Defendants filed an application in the United States Patent and Trademark Office ("USPTO") to register the word mark QUONOVA covered by Application Serial Number 77125569 for "antimicrobial substances for medical purpose, antimicrobial pharmaceuticals, antimicrobial coatings to prevent growth of microorganisms" filed 8 March 2007; as well as an application, Serial Number 77461148, for QUONOVA PLUS DESIGN, for "antimicrobial chemicals used in industry, namely antimicrobial products and antimicrobial substances for medical purpose, antimicrobial pharmaceuticals, antimicrobial coatings to prevent growth of microorganisms" filed 29 April 2008 (the "Applications"); and

WHEREAS, QUINNOVA filed on 24 June 2008 that certain claim in the United States District Court, Middle District of Florida, against the Applicants and certain affiliates thereof alleging, among other counts, trademark infringement (the "Complaint"); and

WHEREAS, Defendants, having been served with the complaint in this matter, wish to resolve this matter with Quinnova; and

WHEREAS, the parties to this action reached an amicable resolution of this action and executed a Settlement Agreement reflecting this resolution (the 'Settlement Agreement'); and

WHEREAS, The Settlement Agreement provides in relevant part that Quinnova may file this Consent Judgment and Permanent Injunction upon execution of the Settlement Agreement by Defendants and the Settlement Agreement has in fact been executed.

NOW, THEREFORE, in consideration of the mutual covenants and obligations contained herein, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

1.   This Court has jurisdiction over the subject matter of this action by virtue of 15 U.S.C. §1121, 28 U.S.C. §1331 and 28 U.S.C. §1338 because this action alleges claims that arise under the trademark laws of the United States, 15 U.S.C. §1051 et *seq.* and particularly 15 U.S.C. §§1114, 1116, 1117 and 1125.

2.   This Court has jurisdiction over Defendants, Quonova, LLC ("Quonova"); and XL TechGroup, Inc.

3.   Plaintiff is engaged in the manufacture, sale and distribution of pharmaceuticals in interstate commerce.

4.   Defendants deny Plaintiff's allegations.

5.   Nevertheless, Defendants acknowledge that Quinnova is the exclusive owner of the Quinnova Marks and that said marks are valid.  In addition, Defendants agrees that they will not challenge, contest, or interfere with Quinnova's ownership, use, or registration of the Quinnova Marks.

6.   Without any admission of wrongdoing by Defendants or any evidentiary findings by this Court, this Court hereby permanently enjoins and restrains Defendants, their employees,

3

agents, servants, successors and assigns, and all those in active concert of participation with any of them, from

a.    Using, seeking to register, registering or authorizing others to use, seek to register or register any mark (including but not limited to domain names)

        1).    Comprising or continuing the word 'QUONOVA"; or any mark confusingly similar thereto, or to 'QUINNOVA' either in appearance, sound, meaning, or otherwise, for any goods or services whatsoever;

        2).    Comprising of or containing, " "NOV," or its phoenetic equivalent;

        3).    In a form or manner that resembles Quinnova's Marks, stylizations, designs, promotional materials, or logos that exist as of even date herewith and are depicted in Exhibit A attached hereto and incorporated herein, or Quinnova trade dress existing as of even date herewith and described on Exhibit A attached hereto;

        4).    In any form, manner, or context that is likely to be confused with the Marks listed on Exhibit A, or to suggest that the Defendants or their goods or services are in any way associated or affiliated with, endorsed or sponsored by, or that the Defendants are in some way related to Quinnova.

    b.    Knowingly instructing, aiding or abetting any other person or business entity in engaging in any of the activities referred to in subparagraph six (6) a., above;

    c.    Engaging in any other activity constituting an infringement of any of Plaintiff's trademarks or of Plaintiff's rights in, or to use or to exploit, said trademarks, or constituting any dilution of the trademarks of Plaintiff;

    d.    Assisting, aiding or abetting any other person or business organization from performing or engaging in the acts and activities referred to in this Article 6.

7.    In the event judicial relief or enforcement is sought as a result of any alleged violation or breach of this Permanent Injunction, the prevailing party shall be entitled to recover from the opposing party in such suit or proceeding the prevailing party's costs and expenses, including reasonable attorneys' fees.

8.    In the event Plaintiff seeks enforcement of any provision of this Permanent Injunction, Plaintiff shall notify Defendants by serving copies of Plaintiff's enforcement application as follows:

**FOR DEFENDANTS:**

Reed R. Clary, Esq.
XL TechGroup
1901 S. Harbor City Blvd.
Suite 300
Melbourne, FL 32901
Tel: 321.409.7484
Fax: 321.409.7923
rclary@xltg.com

—

With a copy to (by US Mail plus fax or electronic mail to):

Mr. David Szostak
Chief Financial Officer
XL TechGroup
1901 S. Harbor City Blvd.
Suite 300
Melbourne, FL 32901
Tel: 321.409.7407
Fax: 321.723.7047
dszostak@xltg.com

**For PLAINTIFF QUINNOVA:**

Cathryn A. Mitchell, Esq.
Cowan, Liebowitz & Latman PC
214 Carnegie Center, Suite 108
Princeton, New Jersey 08540 Phone 609 225 5198

9.    The terms of this Permanent Injunction shall govern and bind the activities of Defendants, their agents, servants, employees, and all persons in active concert or participation with them.

10.    The Court reserves and retains jurisdiction over any disputes that may arise under this Consent Judgment and Permanent Injunction and/or the Settlement Agreement.

6

AGREED AS TO FORM AND SUBSTANCE:

Cathryn A. Mitchell, Esq.
QUINNOVA
February 6, 2009

Reed Clary, Esq.
QUONOVA
February 27, 2009

APPROVED   AND   ORDERED   at   Orlando,   Florida,   this   4   day   of
MARCH          , 2009.

United States District Judge

Copies Furnished to Scott E. Perwin, Esq.
for service upon Defendants

7

CONFIDENTIAL

THIS EXHIBIT IS FOR SETTLEMENT PURPOSES ONLY AND MAY NOT BE DISCLOSED
OR USED FOR ANY OTHER PURPOSE.

EXHIBIT A

TO SETTLEMENT AGREEMENT DATED 16 FEBRUARY 2009

AND CONSENT INJUNCTION BETWEEN QUINNOVA PHARMACEUTICALS, INC.,
QUONOVA, LLC AND XLTECHGROUP, INC.

QUINNOVA MARKS, STYLIZATIONS, DESIGNS, LOGOS, TRADE DRESS, PACKAGE DESIGN, COLORING AND
COLOR COMBINATIONS, INCLUDING BOTH BLOCK LETTER AND STYLIZED VERSIONS OF MARKS LISTED
BELOW AND CONTAINED ON THE ATTACHED:

1. Foam Dollop Design



2. CLEANSE & TREAT

# Cleanse & Treat

3. **CLEANSE AND TREAT**

4. **HYDRO 40**

# Hydro 40

5. **Hydro 40 Foam**

6. **QUINNOVA PHARMACEUTICALS**

QUINNOVA PHARMACEUTICALS

7. QUINNOVA PHARMACEUTICALS DESIGN



8. **DELIVERING INNOVATION**

9. **DELIVERING INNOVATION LOGO 1**

...delivering innovation

10. **DELIVERING INNOVATION LOGO 2**

...delivering innovation

11.   NEOSALUS

# NEOSALUS



12.   THREE CURVY LINES DESIGN

13. TERSI – WITH LEAF DESIGN



14.   TERSI FOAM WITH FLOWER DESIGN

15.   TERSI FLOWER



16.    SALVAX

17.    SALVAX (stylized)



18.    SALVAX AND DESIGN



19.    NEOSALUS AND DESIGN (1)



20. **NEOSALUS AND DESIGN 2**



21. **TERSI**

# TERSI

22. **QUINNOSTIK**

# QUINNOSTIK

23. **QUINNOSTICK**

24. **RINNOVI NAIL SYSTEM**

# RINNOVI NAIL SYSTEM

**25.   RINNOVI**

# Rinnovi

**26.   TERSI FOAM**

# Tersi Foam

**27.   LIPID LAYER DESIGN 1**



28.     LIPID LAYER DESIGN 2



29.     LIPID LAYER DESIGN 3



30.     ONE PLUS ONE

31.     ONE PLUS ONE STYLIZED

ONE+ONE

32.         ONE PLUS ONE PAD SYSTEM DESIGN 1



33.    ONE PLUS ONE PAD SYSTEM DESIGN 2



34.        ONE + ONE

35.    - ONE PLUS ONE PAD SYSTEM DESIGN 3



36.    ONE PLUS ONE PAD SYSTEM DESIGN 4



37.    HYDRO 35

38.    HYDRO 35 DESIGN I







39. DESIGN 2

40. PRODERM

41. PRODERM TECHNOLOGY

42. PRODERM TECHNOLOGY.  PROPRIETARY TOPICAL DRUG DELIVERY SYSTEM

43. PRODERM TECHNOLOGY DESIGN



# *Proderm Technology™*

44.     **TWIN DERM**

45.     **TwinDermDelivery System**

46.     **TWIN DERM DESIGN**



47.     **TWINDERM TECHNOLOGY**

48.     **Proderm Technology Foam Delivery System**

49.    Proderm Technology™ Foam Delivery System Product Development

50.    Proderm technology foam

51.    Precise & elegant relief

52.    TERSI FOAM: treat and repair

53.    ANYTIME, ANYWHERE.

54.    DESIGN



55.    DESIGN AND PACKAGING





56.     Logo



57.     Clean . Treat. Protect .

58.     The elegance of Proderm technology...

59.     Convenience + Compliance = Effectiveness

60.     "Smooth the Roughness. Repair the Damage"

61.     "Repair from the Inside.  Protect from the Outside."

62.     It's not just a foam, it's Proderm

63.     It's not just a foam, it's Proderm (Logo 1)

*It's not just a foam...*
*It's PRODERM!*

64. It's not just a foam, it's Proderm (Logo 2)

*It's not just a foam...*
*It's PRODERM!*

**65.    LIPID LAYER 4**



**66.    LIPID LAYER 5**



**67.    COMPOUND LOGO**



68. LET YOUR PATIENTS FEEL THE DIFFERENCE

69.TAKING DRY SKIN RELIEF TO A WHOLE NEW LEVEL

70. TAKING DRY SKIN TREATMENT TO A WHOLE NEW LEVEL

71. A WHOLE NEW LEVEL OF SKIN TREATMENT

72. TREATS AND REPAIRS WITHOUT COMPROMISE!

**PRODUCT AND PACKAGE DESIGN, AND PROMOTIONAL MATERIALS, (E.G., INCLUDING ATTACHED) AND  INCLUDING COLOR COMBINATIONS.**



**NEW** *acne treatment that keeps up with your patients' lifestyle!*

# CLEANSE *and* TREAT anytime. anywhere. ℞ only

SALICYLIC ACID AND BENZOYL PEROXIDE PADS IN A SINGLE CONVENIENT PACKET

**Convenience • Compliance • Effectiveness**

**Easy to use whenever...wherever:** Ideal for morning rush, middle-of-the-day treatment, after sports and exercise, traveling...

**Leave-on application:** No washing and no clean-up required
**Unmatched portability:** Easily carried by patients in pockets and bags
**Easy to use:** Clean and non-messy application



ONE+ONE
PAD SYSTEM

QUINNOVA
Pharmaceuticals

# CLEANSE and TREAT anytime. anywhere. Rx only

## Ideal for on-the-go, middle-of-the-day treatment, after sports and exercise, traveling...

**Leave-on cleanser and treatment:** no washing and no clean-up required

**Unmatched portability:** easily carried by patients in pockets and bags

**Easy to use:** non-messy; no dripping, no bleaching of clothes

### Two complementary treatments in one small pad.

 **Leave-on salicylic acid 2%** Effectively removes dirt and oil while exfoliating upper layer of the skin. Leave-on cleanser – no rinsing required.

**Leave-on benzoyl peroxide 5%** A strong oxidizing agent which effectively kills *P. acnes* as well as reduces inflammation.

Innovative Pad Technology



**Enhanced retention** of salicylic acid and benzoyl peroxide.

**Controlled release** of ingredients promotes even distribution.

**Optimized distribution** of medication treats existing acne and helps prevent future breakouts.

Photograph taken by TRI, Institute for Surface Chemistry, Stockholm, Sweden

fibers

active ingredients



NDC 23710-052-02

*Cleanse and Treat*
*Apply bid*
*for 30 days*
60 pads per prescription
for a month supply

Please see attached Full Prescribing Information

©2009 QUINNOVA Inc., Newtown, PA 18940  (877) 680-6253
All rights reserved.   6/03   CLNSTR017

**QUINNOVA**
www.QUINNOVA.com

**How do you treat your patients...without testing their patience?**





**HYDRO 40™ FOAM is the first treatment for xerosis and associated hyperkeratotic conditions combining the power of urea with the patented Proderm Technology™.**



- Enhance patient compliance
- Patient satisfaction and clinical efficacy
- Scientific evidence of Proderm Technology™

*It's not just a foam...*
*It's PRODERM!*





**Repair** from the inside.
**Protect** from the outside.



# NEOSALUS ∾

## HYDRATING TOPICAL FOAM • PRODERM TECHNOLOGY™

### NEOSALUS is the first non-steroidal prescription foam for treating hand eczema and atopic dermatitis.

- **Repair** skin barrier with **physiological lipids** (stearic acid and palmitic acid) that penetrate the stratum corneum and viable epidermis.

- **Protect** with **dimethicone** that remains on the skin surface to prevent penetration of irritants.

- **Hydrate** with **glycerin** that draws moisture to the stratum corneum.

- **Cosmetically Elegant Foam** – great for hand eczema and atopic dermatitis.
  - **Non-greasy**
  - **Spreads easily**
  - **No alcohol**

# PENETRATION STUDY RESULTS
# USING PRODERM TECHNOLOGY™ FOAM

### PRESENTED AT THE 7TH ANNUAL
### CARIBBEAN DERMATOLOGY SYMPOSIUM

**RUBY GHADIALLY, MD**
Associate Professor, Dermatology
University of California, San Francisco
San Francisco, California

**MATS SILVANDER, PhD**
Quinnova Development AB
Uppsala, Sweden





*It's not just a foam...*
*It's PRODERM!*



Clean. Treat. Protect.

**Introducing the RINNOVI NAIL SYSTEM, the only all-inclusive nail system designed to clean, treat, and protect diseased, damaged, brittle, and ingrown nails safely and effectively.**

**Clean.** The RINNOVI Nail System includes an effective, yet gentle, Cleanser to prepare the affected area for the treatment application.

**Treat.** Combining 50% urea in a vehicle containing lactic acid and zinc, Quinnostik nail gel utilizes the most powerful keratolytic product available to soften thickened nail tissue.

**Protect.** The RINNOVI Nail System includes a topical nail Protectant to occlude and protect the treated area.



QUINNOVA
Pharmaceuticals



**smooth** the roughness
**repair** the damage



**HYDRATING TOPICAL FOAM • PRODERM TECHNOLOGY™**

**Treats hyperkeratotic conditions such as keratosis pilaris, psoriasis, and xerosis**

**SALVAX** delivers 6% salicylic acid in a water-lipid-based foam (**Proderm Technology™**). The foam's unique combination of physiological lipids, dimethicone, and glycerin help to restore and moisturize the skin.

A cosmetically elegant foam, **SALVAX** is **non-greasy** and spreads easily, especially on large and hair-bearing areas.



# The answer to **inflammation**
## in **seborrheic dermatitis**


Before treatment


After 2-week treatment

Photos courtesy of Joseph B. Bikowski, MD, FAAD

## TERSI FOAM
HYDRATING TOPICAL FOAM • PRODERM TECHNOLOGY™

**TERSI FOAM is the first selenium sulfide leave-on foam indicated for the treatment of seborrheic dermatitis.**


ALCOHOL FREE

▶ **The power of selenium sulfide:** contains highly potent antifungal and antiscaling properties

▶ **A water-lipid-based foam:** well-suited for facial applications

▶ **The elegance of Proderm Technology™:** restores the skin barrier,[1] dries quickly, and applies easily to problem areas

▶ **A proven safety profile:** no black box warnings or treatment restrictions

*It's not just a foam...*
*It's PRODERM!*




QUINNOVA
Pharmaceuticals